IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:21-CV-321 |
| $1,638,055.00 UNITED STATES CURRENCY, | ORDER |
| Defendant, | |
| and | |
| TAYSIR YASIN, | |
| Claimant. | |

The claimant has filed a "Motion to Vacate the Default Judgment" (filing 16) which (because a default judgment has not yet been entered) the Court will construe as a motion to set aside the Clerk's Entry of Default (filing 13). Accordingly,

IT IS ORDERED:

1. The plaintiff may respond to the claimant's motion to set aside default (filing 16) on or before November 17, 2021.

2. The claimant may reply in support of his motion (filing 16) on or before November 24, 2021.

- 2 -

3. The plaintiff's motion for default judgment (filing 14) will be held in abeyance pending resolution of the claimant's motion (filing 16).

Dated this 3rd day of November, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge