IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:21-CV-321 |
| $1,638,055.00 UNITED STATES CURRENCY, | ORDER |
| Defendant, | |
| and | |
| TAYSIR YASIN, | |
| Claimant. | |

This matter is before the Court on the claimant's motion (filing 16) to set aside the Clerk's entry of default (filing 13). For the reasons explained in the Court's order of November 30, 2021, the claimant's motion to set aside default was insufficiently supported. Filing 19. So, the Court afforded him additional time to reply in support of his motion and remedy the defects in his showing of good cause, filing 19. The claimant did not reply. Accordingly, for the reasons stated in the Court's previous order (filing 19), the claimant's motion will be denied, and the claim stricken for failure to comply with Fed. R. Civ. P. Supp. R. for Adm. or Maritime Claims & Asset Forfeiture Actions G(5)(b).

IT IS ORDERED:

1. The motion to set aside default (filing 16) is denied.

2.  The verified claim (filing 9) is stricken.

Dated this 8th day of December, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

- 2 -